LATHERS LAND CO., *et al.,* v. NEW YORK LIFE INSURANCE CO., *et al.*

155 So. 723.
Opinion Filed June 26, 1934.

*Robert L. Williams* and *G. B. Fishback,* for Appellants; *Giles & Gurney,* for Appellees.

PER CURIAM.—This is an appeal from two interlocutory orders entered in a mortgage foreclosure case wherein the appellant who was defendant below, contends that the chancellor should have sustained a motion to dismiss the

bill and should have denied the appointment of a receiver for the mortgaged apartments.

The motion to dismiss was properly denied, because there was undeniably equity in the bill as a whole, and a general demurrer to it under the old practice would have been over-ruled, even in the face of the technical objections urged in the motion to dismiss.

The order appointing a receiver should be affirmed on the authority of Carolina Portland Cement Co. v. Baumgartner, 99 Fla. 987, 128 Sou. Rep. 241.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.